IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN NAPOLITANO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OMAHA AIRPORT AUTHORITY, et al., ) <br> ) <br> Defendants. ) | 8:08CV299 <br><br> ORDER |

For good cause shown, and upon the representation that opposing counsel does not object (Doc. 59),

**IT IS ORDERED** that defendants' motion to increase the number of discovery depositions (Doc. 53) is granted. The defendants may take twenty-one (21) depositions in this case, excluding experts.

**DATED April 13, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**