IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN NAPOLITANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV299 |
| | ) | |
| OMAHA AIRPORT AUTHORITY and GARY SCHOTT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that plaintiff's Motion to Stay Execution of Magistrate Judge's Order Compelling Production of Certain Statements (#73) is granted. Execution of the court's May 11, 2009 order (#68) is stayed pending the district court's ruling on plaintiff's appeal of the order.

DATED May 15, 2009.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge