IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN NAPOLITANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:08CV299 |
| | ) | |
| OMAHA AIRPORT AUTHORITY and GARY SCHOTT, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

    In response to defense counsel's oral request for clarification, the court conducted an in camera review of plaintiff's Bates numbered documents NAP000000029, NAP000000030–NAP000000032, NAP000000033, NAP000000034, NAP000000035–NAP000000036, NAP000000037 and NAP000000038. The plaintiff was ordered to redact one sentence from Document No. NAP000000038 and to produce the redacted documents to defense counsel no later than Wednesday, July 8, 2009.

    Pursuant to NECivR 72.2, a party may appeal this order to the district judge by filing a "Statement of Appeal of Magistrate Judge's Order" within **five (5) business days** of the date of this order.

    IT IS SO ORDERED.

    DATED July 9, 2009.

                            BY THE COURT:

                            s/ F.A. Gossett
                            **United States Magistrate Judge**