IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA
OMAHA DIVISION

| | |
|---|---|
| STEVEN NAPOLITANO, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 8:08-CV-00299-LSC-FG3 |
| ) | |
| OMAHA AIRPORT AUTHORITY, ) | |
| ) | JURY TRIAL DEMANDED |
| GARY SCHOTT, named in his individual ) | |
| and official capacities, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER GRANTING Plaintiff's Motion FOR
EXTENSION OF TIME TO FILE MOTIONS IN LIMINE**

Upon consideration of plaintiff's unopposed Motion for Extension of Time to File Motions *in Limine* challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 (Doc. 97), and for good cause shown,

IT IS ORDERED that plaintiffs' Motion for Extension of Time is granted. The deadline set in paragraph 5.a of the Final Progression Order (Doc. 77) is extended as requested. The parties shall submit any Motions *in Limine* challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 on or before September 25, 2009.

**DATED August 28, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**