IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN NAPOLITANO,** | ) | **CASE NO. 8:08CV299** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **OMAHA AIRPORT AUTHORITY and GARY SCHOTT, named in his individual and official capacities,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Defendants' Unopposed Motion to Extend Time to File a Response (Filing No. 102). In their motion, the Defendants request that the Court grant an extension until October 22, 2009, to file a brief in response to the Plaintiff's Motion in Limine (Filing No. 99). Defendants' counsel has contacted Plaintiff's counsel, and the Plaintiff has no objection to the pending motion.

The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Defendants' Unopposed Motion to Extend Time to File a Response (Filing No. 102) is granted; and

2. The Defendants are ordered to respond to the Plaintiff's Motion in Limine (Filing No. 99) on or before October 22, 2009.

DATED this 8th day of October, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge