IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEVEN NAPOLITANO, | ) | Case No. 8:08cv299 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| OMAHA AIRPORT AUTHORITY and | ) | |
| GARY SCHOTT, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by J. Scott Paul, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **March 18, 2010,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for March 1, 2010, is also cancelled upon the representation that this case is settled.

Dated this 17th day of February 2010.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge